UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In Re:                                                          Case No. (CGM) 10-35920
ROBBINS, DAVID                                 Chapter 7
ROBBINS, MELANIE
           Debtor(s).

TO THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY COURT

TRANSMITTAL OF UNCLAIMED FUNDS

THOMAS GENOVA, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case. Your trustee has voided/stopped payment on all checks remaining unpaid. The names of the persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

#1008      DAVID ROBBINS                                                    8.21
              MELANIE ROBBINS
              4 MONITOR RD
              POUGHKEEPSIE, NY  12603

2. Your trustee's check for $8.21, payable to the clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: October 4, 2011
       Wappingers Falls, New York                  /s/ Thomas Genova

                                                             THOMAS GENOVA, Trustee